UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IN RE:

LEAVE OF ABSENCE REQUEST
ALEJANDRO V. PASCUAL, IV
December 2, 2019 through December 4, 2019

Case No.: CR619-008, J. Alvarado-Valadez

## **ORDER**

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Assistant United States Attorney Alejandro V. Pascual, IV for the dates of December 2, 2019 through December 4, 2019 for military duty with the Georgia Army National Guard; same is hereby GRANTED.

This 24th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA