UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) Case No.: | |
| LEAVE OF ABSENCE REQUEST ) | CR619-008, J. Alvarado-Valadez |
| ALEJANDRO V. PASCUAL, IV ) | CR619-014, S. Solano-Gonzalez |
| February 5 through February 7, 2020; ) | |
| February 10 through February 14, 2020; ) | |
| March 3 through March 6, 2020 ) | |

## **ORDER**

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Assistant United States Attorney Alejandro V. Pascual, IV for the dates of February 5 through February 7, 2020; February 10 through February 14, 2020 and March 3 through March 6, 2020 for military duty with the Georgia Army National Guard; same is hereby GRANTED.

This 17th day of December, 2019.

_____
CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA